IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-20643
Summary Calendar

_____

CLIFFORD JOGIE,

Petitioner-Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE - INS
DIVISION,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CV-446

_____

December 14, 2001

Before POLITZ, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The district court's judgment of March 26, 2001, dismissing Clifford Jogie's

application for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction is VACATED and the matter is REMANDED for further consideration in light of <u>INS v. St. Cyr</u> [1] and <u>Calcano-Martinez v. INS</u>.[2]

VACATED and REMANDED.

---

[1] 121 S. Ct. 2271, 2278-87 (2001).

[2] 121 S. Ct. 2268, 2270 (2001).